# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §   Criminal Action No. 4:22-CR-149 |
| v. | §   (Judge Jordan/Judge Nowak) |
| | § |
| ANGEL DANIEL PEREZ-PEREZ (1) | § |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of imprisonment of twelve (12) months and one (1) day, to run consecutively to the sentence imposed in 4:21CR127, with no term of supervised release to follow.

**So ORDERED and SIGNED this 26th day of May, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE